IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARCELLO BARTOLOTTA, *as Independent Administrator of the Estate of Cady L. Moore, deceased,*

Plaintiff,

v.

JEFFERSON COUNTY, et al.,

Defendants.

Case No. 24-2588 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/4/2026**

**MONICA A. STUMP, Clerk of Court**

Tina A Gray

Digitally signed by
Tina A Gray
Date: 2026.05.04
09:19:31 -05'00'

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**